# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: ROBERT G. LEWIS | § | Case No. 13-80986 |
| COLLEEN E. LEWIS | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/25/2013.

2) The plan was confirmed on 10/04/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/08/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/05/2013, 09/11/2014, 10/10/2014.

5) The case was dismissed on 10/31/2014.

6) Number of months from filing or conversion to last payment: 19.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $25,615.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 9,196.84 | |
| Less amount refunded to debtor | $ 853.16 | |
| **NET RECEIPTS** | | $ 8,343.68 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,420.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 502.23 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,922.23 |
| Attorney fees paid and disclosed by debtor: | $ 400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROBERT J. ADAMS & ASSOCIATES | Lgl | 3,500.00 | 3,820.00 | 3,820.00 | 3,420.00 | 0.00 |
| FIRST INVESTORS FINANCIAL | Sec | 18,000.00 | 19,323.11 | 19,233.11 | 2,856.43 | 1,565.02 |
| FIRST INVESTORS FINANCIAL | Uns | 0.00 | 0.00 | 90.00 | 0.00 | 0.00 |
| AAA COLLECTORS | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| DOUGLAS M NEEB ESQ DICKINSON | Uns | 1,665.24 | 2,857.29 | 2,857.29 | 0.00 | 0.00 |
| ACCELERATED REVENUE INC | Uns | 253.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| AIR ACADEMY NATIONAL B | Uns | 830.00 | NA | NA | 0.00 | 0.00 |
| AIRPORT PARKING | Uns | 13.00 | NA | NA | 0.00 | 0.00 |
| ALAMO CREDIT RECOVER | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| ALPINE CREDIT IN | Uns | 106.00 | NA | NA | 0.00 | 0.00 |
| APOLLO CREDIT AGENCY | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Uns | 1,665.24 | NA | NA | 0.00 | 0.00 |
| AURORA COLLECTIONS BUREAU | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| AURORA COLLECTIONS BUREAU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Uns | 92.50 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASTLE MEDICAL CENTER | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CASTLE PINES | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT CONTROL | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS IIL | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| CHECKMATE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICES | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLORADO DEPARTMENT OF | Pri | 1,549.00 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| COLORADO DEPARTMENT OF | Uns | 0.00 | 316.00 | 316.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 350.00 | 276.63 | 276.63 | 0.00 | 0.00 |
| CORNERSTONE DENTAL CARE | Uns | 1,569.00 | NA | NA | 0.00 | 0.00 |
| CONNS CREDIT CORP | Uns | 1,321.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DENNIS BURGNER DDS | Uns | 4,957.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 314.00 | 326.06 | 326.06 | 0.00 | 0.00 |
| DOUGLAS COUNTY LIBRARIES | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| DEAN BROOKS & DRAGONFLY | Uns | 9,500.00 | 4,422.04 | 4,422.04 | 0.00 | 0.00 |
| ECOFIRST PEST CONTROL | Uns | 253.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS TOLLS | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 1,400.00 | 1,885.55 | 1,885.55 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| HIGHLANDS BEHAVIORAL HEALTH | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HIGHWAY | Uns | 248.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Uns | 3,402.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE CONSUMER FINANCE | Uns | 1,361.00 | NA | NA | 0.00 | 0.00 |
| MED EXPRESS | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CREDIT | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MEDICAL RECOVERY SPECIALISTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MONEYTREE INC | Uns | 300.00 | 303.38 | 303.38 | 0.00 | 0.00 |
| NCO | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN / 38 | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| NEUROLOGICAL SURGERY & SPINE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST METHODIST HOSPITAL | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| PARKER WATER & SANITATION | Uns | 310.73 | NA | NA | 0.00 | 0.00 |
| PAYDAY EXPRESS | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| PFC CHECK SOLUTIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Uns | 8,339.00 | 11,618.51 | 11,618.51 | 0.00 | 0.00 |
| PROGRESS INSURANCE | Uns | 556.00 | NA | NA | 0.00 | 0.00 |
| REVENE ENTERPRISES LL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 700.00 | 674.60 | 674.60 | 0.00 | 0.00 |
| TALBOTS COLLECTION | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| TAM / SPEARS DEWITT HALL | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 427.00 | 352.35 | 352.35 | 0.00 | 0.00 |
| THE CHILDRENS HOSPITAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| THOMAS B DAVIDSON | Uns | 825.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA | Uns | 995.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| XCEL ENERGY | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 477.35 | 477.35 | 0.00 | 0.00 |
| E-470 PUBLIC HIGHWAY | Uns | 0.00 | 1,910.65 | 1,910.65 | 0.00 | 0.00 |
| US RECOVERY SERVICE | Uns | 0.00 | 538.73 | 538.73 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 970.57 | 970.57 | 0.00 | 0.00 |
| INTERMOUNTAIN RURAL | Uns | 0.00 | 711.26 | 711.26 | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 0.00 | 1,004.17 | 1,004.17 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Uns | 0.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 313.86 | 313.86 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 19,233.11 | $ 2,856.43 | $ 1,565.02 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 19,233.11 | $ 2,856.43 | $ 1,565.02 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,275.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,275.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,974.00 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,922.23 |
| Disbursements to Creditors | $ 4,421.45 |
| **TOTAL DISBURSEMENTS:** | $ 8,343.68 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/15/2015           By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.